E-FILED
Thursday, 11 December, 2025 03:44:15 PM
Clerk, U.S. District Court, ILCD

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF ______ v. ______

FOR ______

AT ______

LOCATION NUMBER ______

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* ______

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)* ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes ☐ No ☐ Self-Employed

Name and address of employer: ______

IF YES, how much do you earn per month? $ 3,000

IF NO, give month and year of last employment? ______
How much did you earn per month? $ ______

If married, is your spouse employed? ☐ Yes ☐ No

IF YES, how much does your spouse earn per month? $ ______

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, give the amount received and identify the sources

| RECEIVED | SOURCES |
| --- | --- |
| $ | |
| $ | |
| $ | |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, total amount? $ ______

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, give value and description for each

| VALUE | DESCRIPTION |
| --- | --- |
| $ | |
| $ | |
| $ | |
| $ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents ______

List persons you actually support and your relationship to them ______

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
| --- | --- | --- |
| Rent | $ | $ 1,350 |
| loans | $ | $ 300 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

s/ redacted

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

11/25/25
Date